1  VICTOR T. FU (State Bar No. 191744)
   ALBERT T. LIOU (State Bar No. 180258)
2  LKP GLOBAL LAW, LLP
   1901 Avenue of the Stars, Suite 480
3  Los Angeles, California 90067
   Telephone: (424) 239-1890
4  Facsimile:  (424) 239-1882

5  Attorneys for Petitioner                    JS-6
6  SCIENCE OF SKINCARE, LLC
   (d/b/a INNOVATIVE SKINCARE)
7

8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10

11
12 | SCIENCE OF SKINCARE, LLC (doing business as INNOVATIVE SKINCARE), a California limited liability company, | Case No. 2:12-CV-09115-R-JC
13 |
14 |        Petitioner,                         | **JUDGMENT**
15 | vs.
16 | PHYTOCEUTICALS, INC., a New Jersey corporation, and
17 | MOSTAFA M. OMAR, PH.D., an individual
18 |        Respondents.
19

20     WHEREAS, Petitioner Science of Skincare, LLC ("Science of Skincare") filed
21 a Petition to Confirm Arbitration Award and Enter Judgment in October 2012; and
22     WHEREAS, Respondents Phytoceuticals, Inc. and Mostafa M. Omar, Ph.D.
23 ("Respondents") filed a Motion to Vacate, Modify or Correct the Arbitration Award
24 (the "Motion") in December 2012; and
25     WHEREAS, on January 28, 2013, the Court in Courtroom 8 heard, and upon
26 good cause shown, granted the Petition and denied the Motion; and
27     WHEREAS, for good cause appearing therefore;
28     **IT IS ADJUDGED, ORDERED AND DECREED THAT** judgment is hereby

---

1

**[PROPOSED] JUDGMENT**

entered in favor of Science of Skincare, LLC against Phytoceuticals, Inc. and Mostafa M. Omar, Ph.D. as follows:

1. The Final Award rendered on October 8, 2012 by the arbitrator (the Honorable Lourdes G. Baird (Ret.)) in the matter of the arbitration between Science of Skincare, LLC and Phytoceuticals, Inc. and Mostafa M. Omar Ph.D, (and attached hereto as Exhibit A) is confirmed in its entirety;

2. Science of Skincare, LLC is awarded the total sum of $440,835.68 for damages, costs and fees, as set forth in the Final Award.

3. Respondents shall recover nothing from Science of Skincare.

DATED: February 13, 2013   _____
                            THE HONORABLE MANUEL L. REAL
                            United States District Court Judge

Prepared by:

LKP GLOBAL LAW, LLP


_____
        Victor T. Fu

*Attorneys for Petitioner*
SCIENCE OF SKINCARE, LLC
(d/b/a INNOVATIVE SKINCARE and iS CLINICAL)


APPROVED AS TO FORM:

BEAUMONT GITLIN TASHJIAN & LERNER, DAVID LITTENBERG, KRUMHOLZ & MENTLIK, LLP


_____
     Larry F. Gitlin and Paul H. Kochanski
*Attorneys for Respondents* PHYTOCEUTICALS, INC. AND MOSTAFA M. OMAR PH. D.

## PROOF OF SERVICE

**STATE OF CALIFORNIA,**
**LOS ANGELES COUNTY**

I reside in Los Angeles County in the State of California. I am over the age of 18. I am not a party to this action. My business address is 1901 Avenue of the Stars, Suite 480, Los Angeles, CA 90067.

On January 30, 2013, I served the foregoing document described as: **[PROPOSED] JUDGMENT** on the interested parties in this action by:

**XX BY UNITED STATES MAIL.** I placed true copies of the document in sealed envelopes addressed to the individuals included on the service list, with prepaid postage, in the U.S. mail in Los Angeles, California.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after the date of deposit for mailing in affidavit.

__ **BY OVERNIGHT DELIVERY**. I enclosed the document in an envelope or package provided by an overnight delivery carrier and addressed to the persons included on the service list, with prepaid delivery fees, and deposited the package or envelope in a regularly utilized drop box of the overnight delivery carrier.

__ **BY FAX TRANSMISSION.** Based on the agreement of the parties to accept service by fax transmission, I caused this document to be transmitted from facsimile number (310) 208-7337 on the date specified above, to the facsimile machine(s) listed on the attached service list. The facsimile machine I used was in compliance with Rule 2003(e), and the transmission was reported as complete and without error. Pursuant to Rule 2005(e), I caused a copy of the transmission report to be properly issued by the transmitting facsimile machine.

**XX BY ELECTRONIC MAIL** to the e-mail address of the addressee(s) pursuant to Rule 2.260 of the California Rules of Court. The transmission was complete and without error and I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

### SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 30, 2013, in Los Angeles, California.

_____
Katie Tokushige

3
**[PROPOSED] JUDGMENT**

## SERVICE LIST

PAUL H. KOCHANSKI
LERNER, DAVID, LITTENBERG, KRUMHOLZ & MENTLIK, LLP
600 South Ave. West
Westfield, NJ 07090
Tel: (908) 654-5000
Fax: (908) 654-7866
E-mail: pkochanski@ldlkm.com

Larry F. Gitlin
BEAUMONT GITLIN TASHJIAN
21650 Oxnard Street, Ste. 1620
Woodland Hills, CA 91367
Tel: 818.884.9998
Fax: 818.884.1087
Email: LGitlin@bgtlawyers.com

*Attorneys for Respondents PHYTOCEUTICALS, INC. and MOSTAFA M. OMAR, Ph.D*

Case 2:12-cv-09115-R-JC   Document 22   Filed 02/13/13   Page 5 of 5   Page ID #:722